PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ  07102
(973) 645-2736
LAB0321

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Hon. Susan D. Wigenton** |
| *Plaintiff,* | |
| v. | CRIMINAL No. 07-347 |
| **RHODA AND AUGUST VERGALLITO,** | **CERTIFICATION OF SERVICE** |
| *Defendants,* | **OF DOCUMENTS** |
| and | |
| **HUDSON CITY SAVINGS BANK,** | |
| **and its successors or assigns,** | |
| *Garnishee.* | |

The United States of America, the judgment creditor herein, hereby certifies that on the date set forth below the following documents were personally served on the defendants at their last known address/employment by the United States Marshals Service:

1. Copy of Application For Writ of Garnishment and Order.
2. Copy of Writ of Garnishment.
3. Copy of Clerk's Notice of Garnishment.
4. Notice of Garnishment and Instructions For Objecting to the Answer.

Date Served: **December 9, 2009**

The United States of America further certifies that on the date set forth below the following documents were served on the Garnishee by express mail:

1. Copy of Application for Writ of Garnishment and Order.
2. Copy of Writ of Garnishment.
3. Copy of Clerk's Notice of Garnishment.
4. Answer of Garnishee and accompanying instructions.

Date Served: **November 23, 2009**

PAUL J. FISHMAN
UNITED STATES ATTORNEY

By: Yolanda Hickman
FINANCIAL SPECIALIST
(973)645-2912

PAUL J. FISHMAN
United States Attorney
LEAH A. BYNON
Assistant U.S. Attorney
970 Broad Street, Room 700
Newark, NJ  07102
(973) 645-645-2736
LAB0321

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| **UNITED STATES OF AMERICA,** | **Hon. Susan D. Wigenton** |
| *Plaintiff,* | |
| v. | CRIMINAL No. 07-347 |
| **RHODA AND AUGUST VERGALLITO,** | |
| *Defendants,* | **GARNISHEE ORDER** |
| and | |
| **HUDSON CITY SAVINGS BANK,**<br>**and its successors or assigns,** | |
| *Garnishee.* | |

An Application and Order for Writ of Garnishment was filed by the United States of America, and a Writ of Garnishment directed to Garnishee was duly issued.  The Garnishee waived service of the Writ of Garnishment by United States Marshal and accepted service by express mail.  Pursuant to the Writ of Garnishment, the Garnishee has filed an Answer to the Writ stating that at the time of the service of the Writ he had in his possession, custody or under his control, personal property belonging to and due defendant, and that garnishee was indebted to

-2-

defendant in the sum of $24,342.63.

IT IS ORDERED that the garnishee pay the sum of $24,342.63 **(see attached totals)** of

the defendants accounts so that it may be applied to the defendants financial obligation to the

United States of America .

DATED:

SUSAN D. WIGENTON, JUDGE
UNITED STATES DISTRICT COURT

January 21, 2010

TO: Hudson City Savings Bank

Below are the amounts to withdraw from the defendants accounts.

SUBJECT: RHODA AND AUGUST VERGALLITO (Cr. No. 07-347)

| ACCOUNT | AMOUNT |
|---|---|
| ending in 3397 | $2,745.63 |
| ending in 3659 | $2,620.44 |
| ending in 7885 | $6,706.37 |
| ending in 5134 | $530.45 |
| ending in 5186 | $6,017.23 |
| ending in 9491 | $1966.14 |
| ending in 1501 | $3,756.37 |

$24,342.63 is the total amount garnishee will pay of the defendants accounts so that it may be applied to the defendants financial obligation to the United States of America.